UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREIBER FEDERICK,

                              Plaintiff,

              -against-

JOHNY ARAYA MONGE, et al.,

                              Defendants.

1:20-CV-2347 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

By order dated March 18, 2020, the Court directed Plaintiff, within thirty days, to submit

an amended *in forma pauperis* ("IFP") application or pay the $400.00 in fees required to file a

civil action in this Court. The order also directed Plaintiff to provide a recognizable mailing

address. The order specified that failure to comply would result in dismissal of this action.

Plaintiff has not filed an amended IFP application or paid the fees. He has also failed to provide a

recognizable mailing address. Accordingly, the Court dismisses this action without prejudice. *See*

28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to electronically notify Plaintiff of this order by

transmitting it to Plaintiff's email address. The Court certifies under 28 U.S.C. § 1915(a)(3) that

any appeal from this order would not be taken in good faith, and therefore IFP status is denied

for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962)

(holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous

issue).

SO ORDERED.

Dated:    May 22, 2020
          New York, New York

_____
            COLLEEN McMAHON
        Chief United States District Judge