UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREIBER FEDERICK,

                        Plaintiff,

-against-

JOHNY ARAYA MONGE, et al.,

                        Defendants.

1:20-CV-2347 (CM)

CIVIL JUDGMENT

Pursuant to the order issued May 22, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to electronically notify Plaintiff of this judgment by transmitting it to Plaintiff's email address.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 22, 2020
          New York, New York

                                             COLLEEN McMAHON
                                          Chief United States District Judge